UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert James Hanna,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>United States of America,<br><br>　　　　Defendant. | No. 2:20-cr-00006-KJM-1<br><br>ORDER |

On June 24, 2022, the court issued a minute order ordering Ms. Graves, counsel for defendant, to respond within fourteen days whether defendant's letter filed at ECF No. 37 should be construed as a motion to reduce sentence, or whether Ms. Graves will be filing a formal motion. *See* Min. Order, ECF No. 38. It is now September 8, 2022, and Ms. Graves still has not responded to this court's order.

IT IS THEREFORE ORDERED that Ms. Graves shows cause within fourteen days of the date of this order why she should not be sanctioned for failure to comply with the court order.

DATED: September 8, 2022

CHIEF UNITED STATES DISTRICT JUDGE

1