**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 100
Sacramento, CA 95814
Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988

Attorney for Defendant
ROBERT JAMES HANNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT JAMES HANNA, <br><br> Defendant. | CASE NO. 2:20-CR-00006-KJM <br><br> **STIPULATION AND ORDER SETTING BRIEFING SCHEDULE RE: DEFENDANT'S MOTION PURSUANT TO 28 U.S.C. § 2255** |

The United States, by and through its attorney of record, Michele Beckwith, and defendant Robert James Hanna, by and through his attorney of record, Erin J. Radekin, respectfully submit this stipulation and proposed order requesting to set a briefing schedule pertaining to Mr. Hanna's motion pursuant to 28 U.S.C. § 2255, ECF No. 41.

The parties agree and stipulate as follows:

1. Mr. Hanna's pro se motion under § 2255 was filed on September 8, 2022.  ECF No. 41.

2. On October 7, 2022, the court appointed Ms. Radekin for the purpose of representing Mr. Hanna with respect to his § 2255 motion.  ECF No. 44.  Ms. Radekin has begun ordering pertinent records and reviewing available records in this matter.

3. The parties have conferred and agree to the following briefing schedule pertaining to the § 2255 motion: Ms. Radekin is to file an amended § 2255 motion, supplemental brief in support of Mr.

1

Hanna's pro se motion, or notice that she does not intend to supplement the pro se motion, no later than **December 30, 2022**. The government's opposition, or statement of non-opposition, is due **30 days after the amended § 2255 motion, supplemental brief, or notice of intent not to file a supplemental brief is filed**. Any reply to the government's brief is due **15 days after the government's brief is filed**.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: November 4, 2022

PHILLIP A. TALBERT
United States Attorney

 /s/ Michele Beckwith
MICHELE BECKWITH
Assistant United States Attorney

Dated: November 4, 2022

 /s/ Erin J. Radekin
ERIN J. RADEKIN
Counsel for Defendant
ROBERT JAMES HANNA

## ORDER

IT IS SO ORDERED this 9th day of November, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE