**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 100
Sacramento, CA 95814
Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988

Attorney for Defendant
ROBERT JAMES HANNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT JAMES HANNA, <br><br> Defendant. | CASE NO. 2:20-CR-00006-KJM <br><br> **STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE RE: DEFENDANT'S MOTION PURSUANT TO 28 U.S.C. § 2255** |

The United States, by and through its attorney of record, Michele Beckwith, and defendant Robert James Hanna, by and through his attorney of record, Erin J. Radekin, respectfully submit this stipulation and proposed order modifying the briefing schedule pertaining to Mr. Hanna's motion pursuant to 28 U.S.C. § 2255, ECF No. 41.

The parties agree and stipulate as follows:

1. Mr. Hanna's pro se motion under § 2255 was filed on September 8, 2022.  ECF No. 41.

2. On November 10, 2022, the Court adopted the parties' stipulation regarding a briefing schedule with respect to Mr. Hanna's § 2255 motion.  ECF No. 46.  Pursuant to the order, a supplemental brief in support of Mr. Hanna's motion, amended § 2255 motion, or notice of non-supplementation, is due on December 30, 2022.  *Id.*

3. Ms. Radekin has ordered all pertinent records, reviewed all records except for the sentencing

transcript, which she has ordered, and performed legal research.

3. The parties have conferred and agree that a modification of the briefing schedule is warranted to allow Ms. Radekin to complete her review of all relevant records and evaluation of Mr. Hanna's pro se claims, and to advise and consult with Mr. Hanna, who is serving his sentence in BOP custody, in writing and in a confidential attorney-client phone call.

4. The parties agree to the following modification of the briefing schedule to allow Ms. Radekin to complete these tasks: an amended § 2255 motion, supplemental brief in support of Mr. Hanna's pro se motion, or notice on non-supplementation, no later than **January 31, 2023**. The government's opposition, or statement of non-opposition, is due **30 days after the amended § 2255 motion, supplemental brief, or notice of non-supplementation is filed.** Any reply to the government's brief is due **15 days after the government's brief is filed**.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: December 30, 2022

/s/ Phillip A. Talbert
PHILLIP A. TALBERT
United States Attorney

/s/ Michele Beckwith
MICHELE BECKWITH
Assistant United States Attorney

Dated: December 30, 2022

/s/ Erin J. Radekin
ERIN J. RADEKIN
Counsel for Defendant
ROBERT JAMES HANNA

**ORDER**

IT IS SO ORDERED this 10th day of January, 2023.

CHIEF UNITED STATES DISTRICT JUDGE