**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 100
Sacramento, CA 95814
Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988

Attorney for Defendant
ROBERT JAMES HANNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT JAMES HANNA, <br><br> Defendant. | CASE NO. 2:20-CR-00006-KJM <br><br> **STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE RE: DEFENDANT'S MOTION PURSUANT TO 28 U.S.C. § 2255** |

The United States, by and through its attorney of record, Michele Beckwith, and defendant Robert James Hanna, by and through his attorney of record, Erin J. Radekin, respectfully submit this stipulation and proposed order modifying the briefing schedule pertaining to Mr. Hanna's motion pursuant to 28 U.S.C. § 2255, ECF No. 41.

The parties agree and stipulate as follows:

1. Mr. Hanna's pro se motion under § 2255 was filed on September 8, 2022.  ECF No. 41.

2. On March 22, 2023, the Court adopted the parties' stipulation modifying the briefing schedule pertaining to Mr. Hanna's § 2255 motion.  ECF No. 56.  Pursuant to the order, a supplemental brief in support of Mr. Hanna's motion, amended § 2255 motion, or notice of non-supplementation is due on May 15, 2023.  *Id.*

/////

1

3. Ms. Radekin has reviewed all relevant PACER documents in this case, including Mr. Hanna's pro se motion, the transcripts of the change of plea and sentencing, and the presentence report (PSR). She has conferred with Mr. Hanna and spoken with prior counsel, Jessica Graves. She has evaluated Mr. Hanna's pro se claims and she has identified one potentially meritorious issue to raise in a § 2255 motion, relating to the sustained finding that Mr. Hanna suffered a prior crime of violence, his conviction of California Penal code section 245, subdivision (a)(4), for purposes of calculating the base offense level under U.S.S.G. § 2K2.1. See PSR at ¶¶ 20, 41. Ms. Radekin has obtained and reviewed the state court records pertaining to this prior state conviction. She has ordered and paid for the transcript on the entry of plea proceeding in that case; however, she has not yet received the transcript. It is necessary to review the transcript of the plea proceedings to determine whether this conviction is a crime of violence pursuant to the modified categorical approach; the other documents in the record of conviction do not resolve the issue. See *Bogard v. United States*, Nos. CR 91-00777-WDK-1; CV 16-08856 WDK, 2018 U.S. Dist. LEXIS 242478, *15, 2018 WL 11275435 (applying the modified categorical approach to determine whether a conviction of Cal. Pen. Code, § 245, subd. (a)(1) was a crime of violence because the statute is divisible). Ms. Radekin thus needs additional time to receive and review the transcript and, depending upon her conclusion after such review, prepare and file an amended § 2255 motion, supplemental brief, or notice of non-supplementation.

4. The parties have conferred and agree that a modification of the briefing schedule is warranted to allow Ms. Radekin to obtain and review the above-referenced transcript relating to the prior conviction deemed a crime of violence in this case, to determine whether there is a meritorious issue to raise in a § 2255 motion relating to that conviction, and to prepare an amended § 2255 motion, supplemental brief, or a notice of non-supplementation.

5. The parties agree to the following modification of the briefing schedule to allow Ms. Radekin to complete these tasks: an amended § 2255 motion, supplemental brief in support of Mr. Hanna's pro se motion, or notice on non-supplementation, due no later than **July 14, 2023**. The government's

2

opposition, or statement of non-opposition, is due **30 days after the amended § 2255 motion, supplemental brief, or notice of non-supplementation is filed.** Any reply to the government's brief is due **15 days after the government's brief is filed**.

IT IS SO STIPULATED.

Dated: May 12, 2023                    PHILLIP A. TALBERT
                                       United States Attorney

                                       /s/ Michele Beckwith
                                       MICHELE BECKWITH
                                       Assistant United States Attorney

Dated: May 12, 2023                    /s/ Erin J. Radekin
                                       ERIN J. RADEKIN
                                       Counsel for Defendant
                                       ROBERT JAMES HANNA

**ORDER**

IT IS SO ORDERED this 17th day of May, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

3