**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2012 H Street, Suite 202B
Sacramento, CA 95811
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
ROBERT JAMES HANNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT JAMES HANNA,<br><br>Defendant. | CASE NO. 2:20-CR-00006-KJM<br><br>**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE RE: DEFENDANT'S MOTION PURSUANT TO 28 U.S.C. § 2255** |

The United States, by and through its attorney of record, Michele Beckwith, and defendant Robert James Hanna, by and through his attorney of record, Erin J. Radekin, respectfully submit this stipulation and proposed order modifying the briefing schedule pertaining to Mr. Hanna's motion pursuant to 28 U.S.C. § 2255, ECF No. 41.

The parties agree and stipulate as follows:

1. Mr. Hanna's pro se motion under § 2255 was filed on September 8, 2022. ECF No. 41. The undersigned filed a motion to amend the pro se motion with a proposed amended § 2255 motion on September 29, 2023. ECF No. 63.

2. On September 29, 2023, the Court adopted the parties' stipulation modifying the briefing schedule pertaining to Mr. Hanna's § 2255 motion. ECF No. 65. Pursuant to the order, the

/////

1

government's opposition was due on October 22, 2023 and any reply by the defense was due 15 days later. *Id.*

3. On October 19, 2023 the government filed a motion to dismiss and opposition, ECF No. 66. Hence, pursuant to the current briefing schedule, the reply is due November 3, 2023.

4. Ms. Radekin has reviewed the government's motion to dismiss and opposition and intends to file a reply; however, she needs additional time to do so. In the last 30 days, Ms. Radekin had to unexpectedly negotiate a new lease for office space and move her office, which involved a significant time expenditure. She also has additional current and upcoming obligations, including the following: Preparing for an evidentiary hearing on a petition for resentencing to be set on November 22, 2023 in a murder case, *People v. Lemmon*, Shasta County case number 11F7820; preparing motions to vacate pursuant to California Penal Code section 1473.7 in two cases involving defendants with impending immigration consequences – *People v. Zuniga*, Solano County case number FCR361910 and *People v. Taya*, Sacramento County case number 19FE015804; and preparing appellant's opening brief in *People v. Reyes*, Third D.C.A. case number F085744. In light of these circumstances, Ms. Radekin respectfully requests an extension of 60 days to file the reply.

5. The parties have conferred and agree that a modification of the briefing schedule is warranted for the above reasons. Accordingly, the parties agree to modify the briefing schedule as follows: the reply brief is due **January 2, 2024**.

IT IS SO STIPULATED.

Dated: November 2, 2023                                         PHILLIP A. TALBERT
                                                                United States Attorney

                                                                 /s/ Michele Beckwith
                                                                MICHELE BECKWITH
                                                                Assistant United States Attorney

Dated: November 2, 2023                                          /s/ Erin J. Radekin
                                                                ERIN J. RADEKIN
                                                                Counsel for Defendant
                                                                ROBERT JAMES HANNA

2

## ORDER

IT IS SO ORDERED this 6th day of November, 2023. Defendant's reply brief is due on or before January 2, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE