**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2012 H Street, Suite 202B
Sacramento, CA 95811
Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988

Attorney for Defendant
ROBERT JAMES HANNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT JAMES HANNA, <br><br> Defendant. | CASE NO. 2:20-CR-00006-KJM <br><br> **STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE RE: DEFENDANT'S MOTION PURSUANT TO 28 U.S.C. § 2255** |

   The United States, by and through its attorney of record, Michele Beckwith, and defendant Robert James Hanna, by and through his attorney of record, Erin J. Radekin, respectfully submit this stipulation and proposed order modifying the briefing schedule pertaining to Mr. Hanna's motion pursuant to 28 U.S.C. § 2255, ECF No. 41.

   The parties agree and stipulate as follows:

   1. Mr. Hanna's pro se motion under § 2255 was filed on September 8, 2022.  ECF No. 41.  The undersigned filed a motion to amend the pro se motion with a proposed amended § 2255 motion on September 29, 2023.  ECF No. 63.

   2. On October 19, 2023, the government filed a motion to dismiss and opposition to Mr. Hanna's motion to amend the pro se § 2255 motion and to Mr. Hanna's pro se § 2255 motion, ECF No. 66.

3. On January 5, 2024, the Court adopted the parties' stipulation to amend the briefing schedule such that defendant's reply to the government's submission is due on March 4, 2024.  ECF No. 70.

4. Ms. Radekin has conferred with Mr. Hanna in a scheduled legal call, as he is presently in BOP custody serving his sentence in this case.  Ms. Radekin prepared his declaration and has sent it to Mr. Hanna to sign and return to Ms. Radekin via mail.  The reply brief is substantially complete; however, Ms. Radekin has not yet received the signed declaration supporting application of the prison mailbox rule, which she intends to attach to the reply brief.

5. The undersigned requests an additional 42 days to ensure she receives the signed declaration in the mail, as communications with inmates at BOP via mail is a slow process.

6. The parties have conferred and agree that a modification of the briefing schedule is warranted for the above reasons.  Accordingly, the parties agree to modify the briefing schedule as follows: the reply brief is due **April 15, 2024.**

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  March 4, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br> /s/ Michele Beckwith<br>MICHELE BECKWITH<br>Assistant United States Attorney |
| Dated: March 4, 2024 | /s/ Erin J. Radekin<br>ERIN J. RADEKIN<br>Counsel for Defendant<br>ROBERT JAMES HANNA |

## ORDER

IT IS SO ORDERED this 8th day of March, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2