UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:20-cr-00006-KJM |
| Plaintiff, | ORDER |
| v. | |
| Robert James Hanna, | |
| Defendant. | |

In a previous minute order, the court directed the parties to meet and confer and file a joint statement answering questions related to the Ninth Circuit's order granting the petition for rehearing en banc and vacating the panel opinion in *United States v. Gomez*, 115 F.4th 987 (9th Cir. 2024). *See* Min. Order, ECF No. 84. The parties met and conferred and filed a joint statement requesting permission to file separate statements or briefs "on how the Ninth Circuit's order affects this case, if at all." ECF No. 85. That request is **granted**. The parties may file simultaneous supplemental briefs of no more than five pages **within fourteen days** of the date this order is filed.

IT IS SO ORDERED.

DATED: May 7, 2025.

UNITED STATES DISTRICT JUDGE

1